UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00216-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **JESUS ALFREDO INZUNZA-ANGULO,**
   a/k/a "Jose Luis Ortiz, Jr.,"
   a/k/a "Alfredo J. Inzunza," and

2. FORTINO Z. PENA,
   a/k/a "Velen Paes-Rios,"
   a/k/a "Fortino Pena-Sota,"

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#32)** on June 26, 2006 by Defendant Jesus Alfredo Inzunza-Angulo. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **August 28, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 27th day of June, 2006.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge