UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00216-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **JESUS ALFREDO INZUNZA-ANGULO,**
   **a/k/a "Jose Luis Ortiz, Jr.,"**
   **a/k/a "Alfredo J. Inzunza,"**
2. FORTINO Z. PENA,
   a/k/a "Velen Paes-Rios,"
   a/k/a "Fortino Pena-Sota,"

       Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#52)** on September 26, 2006 by Defendant Jesus Alfredo Inzunza-Angulo. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **October 23, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.      The October 16, 2006 trial date is **VACATED**.

Dated this 26th day of September, 2006

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge