#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date: January 22, 2007
Court Reporter:     Paul Zuckerman
Probation Officer:  Michelle Means
Interpreter:        Ruth Warner

Criminal Action No. 06-cr-00216-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     JAMES BOMA

    Plaintiff,

v.

JESUS ALFREDO INZUNZA-ANGULO,                 Edward Harris

    Defendant.

---

#### SENTENCING MINUTES

---

**11:33 a. m.**   **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on November 6, 2007.  Defendant pled guilty to Count 2 of the Indictment.**

Argument by the Government on its 5K1.1 Motion to Reduce Sentence.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: Defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument made.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** The Government's Motion to Reduce Sentence Under the Provisions of Section 5K1.1 US Sentencing Guidelines **(Doc. #70)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

Defendant is advised of the right to an appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:50 a.m.    Court in recess.**

Total Time:    17 Minutes
Hearing concluded.